**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BRYAN EDWARD SLAYTON,
Reg # 11196-074                                                                                              PLAINTIFF

v.                                          2:15CV00085-KGB-JJV

MARTINEZ, Warden, FCC
Forrest City; *et al.*                                                                                     DEFENDANTS

## ORDER

On January 6, 2016, the Court directed summons for Defendants Lloyd and Ward. (Doc. No. 10.) Summons for the latter were returned unexecuted, however. (Doc. No. 14.) Now, Plaintiff must provide additional identifying information for Defendant Ward if the claims against him are to proceed.

IT IS THEREFORE ORDERED that, within thirty (30) days of this Order's entry, Plaintiff must provide a full name for Defendant Ward. He should also provide a viable address for this defendant if he is able. Failure to provide at least a full name within the deadline will result in a recommendation that Defendant Ward be dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE