IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRYAN EDWARD SLAYTON
REG # 11196-074                                                                                          PLAINTIFF

v.                           Case No. 2:15-cv-00085-KGB-JJV

RIVERA, Warden,
FCC-Forrest City, *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 19). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.  Plaintiff's claims against defendant Ward are dismissed without prejudice.

2.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of March, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge