IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRYAN EDWARD SLAYTON**
**REG # 11196-074**                                                                                                    **PLAINTIFF**

**v.**                             **Case No. 2:15-cv-00085-KGB-JJV**

**MARTINEZ, Warden,**
**FCC-Forrest City,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So adjudged this 9th day of February, 2017.

_____
Kristine G. Baker
United States District Judge